**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| Natasha Aukhert, et al )   <br> Plaintiffs )   <br> v. )   <br> )   <br> Pritt Investment Partners. LLC, et al )   <br> Defendants ) | CIVIL ACTION NO.   1:22cv655 |

**ENTRY OF DEFAULT**

In accordance with plaintiff's request to enter default and affidavit of Mariusz Kurzyna, counsel of record for plaintiffs, the Clerk of this Court does hereby enter the default of Pritt Investment Partners, LLC and Scott H. Tripp for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

The entry of default is in accordance with Rule 55(a) Federal Rules of Civil Procedure.

FERNANDO GALINDO
CLERK OF COURT


BY:     /s/ D. Van Metre
DEPUTY CLERK

DATED:  09/06/2022